IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> GRACEWAY PHARMACEUTICALS, LLC, et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 11-13036 (PJW) <br><br> Jointly Administered |
| KIP HORTON, <br> Liquidating Trustee of the Graceway Liquidating Trust <br><br> Plaintiff, <br> v. <br><br> Fletcher/CSI, LLC, <br><br> Defendant. | Adv. Proc. No. 13-52237 (PJW) |

### NOTICE OF VOLUNTARY DISMISSAL
### OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE**, that plaintiff Kip Horton, in his capacity as the liquidating trustee of the Graceway Liquidating Trust, by and through his undersigned counsel, voluntary dismisses the above-captioned adversary proceeding with predjudice.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Graceway Pharma Holding Corp., a Delaware corporation (9175), Case No. 11-13037 (PJW); Graceway Holdings, LLC, a Delaware limited liability company (2502), Case No. 11-13038 (PJW); Graceway Pharmaceuticals, LLC, a Delaware limited liability company (5385), Case No. 11-13036 (PJW); Chester Valley Holdings, LLC, a Delaware limited liability company (9457), Case No. 11-13039 (PJW); Chester Valley Pharmaceuticals, LLC, a Delaware limited liability company (3713), Case No. 11-13041 (PJW); Graceway Canada Holdings, Inc., a Delaware corporation (6663), Case No. 11-13042 (PJW); and Graceway International, Inc., a Delaware corporation (2399), Case No. 11-13043 (PJW). The mailing address for Graceway Pharmaceuticals, LLC is 340 Martin Luther King Jr. Blvd., Suite 500, Bristol, TN 37620 (Attn: John Bellamy). On October 4, 2011, Graceway Canada Company filed an application in the Ontario Superior Court of Justice (Commercial List) pursuant to the *Courts of Justice Act*, R.S.O. 1990, c. C. 43.

EAST\61523091.1

Dated: January 15, 2014
       Wilmington, Delaware

Respectfully submitted,

/s/ Daniel N. Brogan
Stuart M. Brown (DE 4050)
Daniel N. Brogan (DE 5723)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@dlapiper.com
       daniel.brogan@dlapiper.com

*Counsel for Kip Horton, Liquidating Trustee*

EAST\61523091.1